```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-17-21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROBERT W. ARMBRUSTER

                                    Plaintiff,        **PROPOSED REVISED**
                                                      **SCHEDULING ORDER**

- against -

COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION,

                                   Defendant.
-----------------------------------------------------------X

In accordance with the Court's scheduling order, and Plaintiff's request for its extension of time, Plaintiff respectfully proposes this revised scheduling order:

1. On or before 6/21/21, Plaintiff shall file a motion for judgment on the pleadings.

2. On or before 8/20/21, The Commissioner shall file a response to the motion for judgment on the pleadings

3. No later than 9/10/21, Plaintiff shall file any reply.

*The moving and responsive briefs should be no longer than 10,000 words each*

Dated: Newburgh, NY
        May 17, 2021.

**SO ORDERED:**

/s/ John G. Koeltl 6/6/21
U.S.D.J.

Respectfully submitted,

5/17/21

                                                                s/
                                                   JOSEPHINE GOTTESMAN
                                                   Attorney for Plaintiff

Dennis Kenny Law
288 North Plank Rd
Newburgh, NY 12550
Tel: 845-566-4400
Fax: 845-569-0111
e-mail: jgottesman@denniskennyssdlaw.com

Cc: Daniella Calenzo (via ECF).

SO ORDERED:

John G. Koeltl
United States District Judge