**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ROBERT ARMBRUSTER,

                Plaintiff,                              20 **CIVIL** 6296

       -v-                                        **<u>JUDGMENT</u>**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated August 20, 2021, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
            August 20, 2021

                                                        **RUBY J. KRAJICK**

                                                         **Clerk of Court**
                         **BY:**     *K. Mango*
                                                          **Deputy Clerk**